NEW-YORK,
Oct. 1815.
M'DOWELL
v.
VAN DEUSEN.

* Ante, 73.

---

M'DOWELL *against* VAN DEUSEN & DELAMATER.

The judgment
of a justice will
not be reversed
because he had
previously ex-
pressed an opi-
nion in the
cause.

IN ERROR, on *certiorari* to a justice's court.

The defendant below, after issue joined, pleaded *puis darrein continuance,* that the justice ought not to try the cause, because he had given his opinion in the cause, and verified his plea by affidavit of himself and another person; to this plea there was a demurrer and joinder, and it was agreed between the parties, that, in case the justice should decide in favour of the plaintiffs below, on the demurrer, he should give judgment against the defendant. The justice, in his return, denied the truth of the matter pleaded. Judgment was given for the plaintiffs on the plea *puis darrein continuance.*

*Per Curiam.* The plea *puis darrein continuance,* was properly overruled. Admitting the truth of the matter set forth in it, it was not such as the defendant could avail himself of, to prevent the trial. It is a general principle, (1 *Inst.* 294. 2 *Inst.* 422.) that a judge cannot be excepted to, or challenged, for corruption; but must be punished by indictment, or impeachment. If this plea could not be supported, it was agreed by the parties that judgment should be rendered for the plaintiffs. The judgment must, therefore, be affirmed.

Judgment affirmed.